ACCEPTED
15-25-00110-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/20/2025 2:50 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/20/2025 2:50:52 PM
CHRISTOPHER A. PRINE
Clerk

Nos. 15-25-00110-CV; 15-25-00111-CV; 15-25-00112-CV

## IN THE FIFTEENTH COURT OF APPEALS
## AUSTIN, TEXAS

---

PLEASANTON HOUSING FINANCE CORPORATION, ISMAEL GALLEGOS, JOEY MACON, MARK PINKSTON, ZACHARY PAWELEK, SCOTT FERGUSON, LILIAN CASHMER, AND BRANDON HICKS,
*APPELLANTS*,
V.
CITY OF LAKE WORTH, TEXAS,
*APPELLEE.*

---

PECOS HOUSING FINANCE CORPORATION, PLEASANTON HOUSING FINANCE CORPORATION, MAVERICK HOUSING FINANCE CORPORATION, LA VILLA HOUSING FINANCE CORPORATION, AND JOE DON BOBBITT,
*APPELLANTS*,
V.
CITY OF ARLINGTON AND CITY OF FORT WORTH,
*APPELLEES.*

---

PECOS HOUSING FINANCE CORPORATION, CARA TURN, MARIBEL ALVAREZ, AND IRENE DOMINGUEZ,
*APPELLANTS*,
V.
CITY OF HALTOM CITY, TEXAS,
*APPELLEE.*

---

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' OPENING BRIEF

---

From the 348th District Court, Tarrant County, Texas
Cause Nos. 348-364430-25, 348-363561-25, and 348-364135-25;
Hon. Megan Fahey, presiding

Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Kathryn E. Yukevich
Texas Bar No. 24133390
kyukevich@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1201 Main Street,
Suite 1300
Dallas, Texas 75202
Telephone: (214) 382-3041
Facsimile: (214) 292-6564

**Counsel for Counsel for Appellants Pecos Housing Finance Corporation, Cara Turn, Maribel Alvarez, and Irene Dominguez**

Blake W. Stribling
Texas Bar No. 24070691
bstribling@chasnoffstribling.com
Daniel J. Decavalier
Texas Bar No. 24129028
dlecavalier@chasnoffstribling.com
**CHASNOFF | STRIBLING, LLP**
1020 N.E. Loop 410, Suite 150
San Antonio, Texas 78209
Telephone: (210) 469-4155

**Counsel for Appellants**

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellants in the above-referenced matters file this unopposed motion for extension of time to file Appellants' opening briefs. Appellants' opening briefs are currently due August 22, 2025. Appellants respectfully request a 14-day extension, until and including September 5, 2025.[1] This is Appellants' second request for an extension of time to file their opening briefs.

## I. Current Deadline

These appeals are from three separate interlocutory orders entered by the 348th District Court of Tarrant County, in cause numbers 348-364430-25, 348-363561-25, and 348-364135-25. The Clerk's Records were filed July 1, 2025, and the Reporter's Records were filed July 3, 2025. Appellants were granted an initial extension of time to file their opening briefs on July 15, 2025. On July 31, 2025 the Court issued a letter informing the parties of an intended transfer to the Second Court of Appeals for jurisdictional reasons. The Second Court of Appeals has not yet acknowledged or accepted the transfer. Appellants' briefs are currently due August 22, 2025.

## II. Reasons for Extension

This is Appellants' second request for an extension of time to file their opening briefs. Appellants seek this extension due to the impending transfer of these cases to

---

[1] Appellants have filed an Unopposed Motion to Consolidate Appeal Nos. 15-25-00110-CV, 15-25-00111-CV, and 15-25-00112-CV. This motion seeks an extension of Appellants' respective opening briefs in these appeals, but should this Court grant Appellants' motion to consolidate, this motion applies to the deadline to file Appellants' combined opening brief.

the Second Court of Appeals and substantial conflicts with their counsel's substantial engagement in other matters with pressing deadlines, commitments, and ongoing work, including the following:

- *In re Marshall Fire Litigation,* Case No. 2022CV30195, pending in the District Court of Boulder County, Colorado. Deposition held on August 13, 2025.

- *Freight Essentials, LLC v. Globaltranz Enterprises, LLC, et al.,* Cause No. DC-23-14235, pending in the 44th District Court of Dallas County, Texas. Summary judgment hearing on August 15, 2025.

- *Jake Walker v. LG Operating Company, LLC, and Fernando de Leon,* Cause No. DC-22-05286, pending in the 191st District Court of Dallas County, Texas. Hearing on Plaintiff's Motion for Reconsideration on August 15, 2025.

- *Alake Williams and Carnell Williams, both Individually and as Next Friends of A.W., a minor, v. TK Elevator Corporation and H-E-B, LP, (formerly HEB Grocery Company),* Case No. 2024-71972, pending in the 270th District Court of Harris County, Texas. Depositions held on August 18 and 19, 2025.

- *Louis Moore v. National Collegiate Athletic Association,* Cause No. DC-25-13153, pending in the 134th District Court of Dallas County, Texas. Mediation held August 19, 2025.

- *In re Marshall Fire Litigation,* Case No. 2022CV30195, pending in the District Court of Boulder County, Colorado. Hearing on multiple motions on August 20, 2025.

- *Elm Creek Investments, LLC v. Monty Rial, et al.,* Cause No. DC-23-02616, pending in the 68th District Court of Dallas County, Texas. Hearing on Third-Party Plaintiffs' Motion for Partial Summary Judgment on August 22, 2025.

- *City of Dallas v. Dallas Police and Fire Pension System*, Cause No. D-1-GN-24-004948, in the 353rd District Court of Tarrant County, Texas. Mediation scheduled for August 25, 2025.

- *Victor Vescovo v. Monika Vescovo*, Cause No. 05-25-00615-CV, pending in the Fifth Court of Appeals in Dallas, Texas. Hearing on Motion to Require Payment of Costs on August 26, 2025.

- *Canadian Breaks v. JP Morgan Chase,* Case No. 2:21-CV-00037-M, pending in the United States District Court in the Northern Division of Dallas. Mediation scheduled for August 26, 2025.

- *AECOM Technical Services, Inc., v. Pegasus Link Constructors, JV, et al.,* Cause No. DC-23-08147 pending in the 298th District Court of Dallas County, Texas. Hearing on Motions to Compel scheduled for August 27, 2025.

- *Barbara J. Houser v. Allianz Global Risks US Insurance Company, et al.,* Cause No. 03-23-01592-S pending in the United States District Court Northern District of Texas Dallas Division. Status Conference set for August 28, 2025.

- *Linx Bar & Grill LLC d/b/a Linx Bar & Grill v. Isaac Sanchez,* Cause No. 11-24-00318-CV, pending in the Eleventh Court of Appeals in Eastland, Texas. Appellant's Reply Brief due on August 28, 2025.

- *Freight Essentials, LLC v. Globaltranz Enterprises, LLC, et al.,* Cause No. DC-23-14235, pending in the 44th District Court of Dallas County, Texas. Hearing on Motion for Partial Summary Judgment on August 29, 2025.

- *City of Dallas v. Dallas Police and Fire Pension System*, Cause No. 08-25-00020-CV, pending in the Eighth Court of Appeals in El Paso, Texas. Appellant's Reply Brief due on September 2, 2025.

- *Jinhong Chen, et al. v. St. Mark's School of Texas,* Cause No. DC-22-10129, pending in the 101st District Court of Dallas County, Texas. Hearing on Motion to Compel Third-Party Forensic Exam or Alternative Motion for Spoliation on September 3, 2025.

- *In re UMTH General Services, L.P., et al.*, No. 24-0024, pending in the Supreme Court of Texas. Oral Argument on September 9, 2025.

- *Megatel Homes, LLC v. MM CCM 13MC, et al.*, Cause No. 05-24-01342-CV, pending in the Fifth Court of Appeals in Dallas, Texas. Appellant's Reply Brief due on September 10, 2025.

- *Linx Food & Beverage, LLC, et al. v. GFE NY TWO, LLC*, Cause No. 07-25-00185-CV, pending in the Seventh Court of Appeals in Amarillo, Texas. Appellants' Opening Brief due on September 22, 2025.

### III. No Opposition

Appellees do not oppose the requested extension. This extension of time is sought so that justice may be done in the disposition of this case and is not sought for purposes of delay.

## PRAYER

For these reasons, Appellants respectfully request that this Motion for Extension of Time be granted and that the Court extend the time for filing their opening briefs until and including September 5, 2025. Appellants further request all such other relief to which they may be justly entitled.

Dated: August 20, 2025

*/s/ Jeffrey M. Tillotson*
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Kathryn E. Yukevich
State Bar No. 24133390
kyukevich@tillotsonlaw.com
TILLOTSON JOHNSON & PATTON
1201 Main Street, Suite 1300
Dallas, Texas 75202
Telephone: (214) 382-3041
Facsimile: (214) 292-6564

**Counsel for Counsel for Appellants Pecos Housing Finance Corporation, Cara Turn, Maribel Alvarez, and Irene Dominguez**

Blake W. Stribling
Texas Bar No. 24070691
bstribling@chasnoffstribling.com
Daniel J. Lecavalier
Texas Bar No. 24129028
dlecavalier@chasnoffstribling.com
CHASNOFF STRIBLING, LLP
1020 N.E. Loop 410, Suite 150
San Antonio, Texas 78209
Telephone: (210) 469-4155

**Counsel for Appellants**

## CERTIFICATE OF CONFERENCE

I certify that, on August 20, 2025, I conferred with Appellees' counsel, who stated Appellees are unopposed to the relief requested.

/s/ *Kassi Yukevich*
Kassi Yukevich

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record in accordance with the Texas Rules of Appellate Procedure on August 20, 2025.

/s/ *Jeffrey M. Tillotson*
Jeffrey M. Tillotson

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeffrey Tillotson on behalf of Jeffrey M. Tillotson
Bar No. 20039200
swade@tillotsonlaw.com
Envelope ID: 104627609
Filing Code Description: Motion
Filing Description: UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME  TO FILE APPELLANTS OPENING BRIEF
Status as of 8/20/2025 3:00 PM CST

Associated Case Party: Pleasanton Housing Finance Corporation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Blake Stribling | | bstribling@chasnoffstribling.com | 8/20/2025 2:50:52 PM | SENT |
| Kim Decker | | kdecker@chasnoffstribling.com | 8/20/2025 2:50:52 PM | SENT |
| Rachel Feltner | | rfeltner@chasnoffstribling.com | 8/20/2025 2:50:52 PM | SENT |
| Christopher Schluter | | cschluter@chasnoffstribling.com | 8/20/2025 2:50:52 PM | SENT |
| Daniel Lecavalier | | dlecavalier@chasnoffstribling.com | 8/20/2025 2:50:52 PM | SENT |
| Julie Whitson | | jwhitson@chasnoffstribling.com | 8/20/2025 2:50:52 PM | SENT |

Associated Case Party: City of Lake Worth, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Wayne Olson | | wolson@toase.com | 8/20/2025 2:50:52 PM | SENT |
| Tammy Ardolf | | tardolf@toase.com | 8/20/2025 2:50:52 PM | SENT |
| Rachel Raggio | | rraggio@toase.com | 8/20/2025 2:50:52 PM | SENT |
| Teresa John | | tjohn@toase.com | 8/20/2025 2:50:52 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James Evans | 6721500 | jevans@lsejlaw.com | 8/20/2025 2:50:52 PM | SENT |
| Jeffrey MTillotson | | jtillotson@tillotsonlaw.com | 8/20/2025 2:50:52 PM | SENT |
| Sean Wallace | | swallace@tillotsonlaw.com | 8/20/2025 2:50:52 PM | SENT |
| TJP Service | | tillotsonjohnsonpatton@gmail.com | 8/20/2025 2:50:52 PM | SENT |
| Kassi Yukevich | | kyukevich@tillotsonlaw.com | 8/20/2025 2:50:52 PM | SENT |

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeffrey Tillotson on behalf of Jeffrey M. Tillotson
Bar No. 20039200
swade@tillotsonlaw.com
Envelope ID: 104627609
Filing Code Description: Motion
Filing Description: UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME  TO FILE APPELLANTS OPENING BRIEF
Status as of 8/20/2025 3:00 PM CST

Case Contacts

| Kassi Yukevich | | kyukevich@tillotsonlaw.com | 8/20/2025 2:50:52 PM | SENT |
|---|---|---|---|---|
| Nathaniel Buchheit | | nbuchheit@tillotsonlaw.com | 8/20/2025 2:50:52 PM | SENT |
| Devlin Browne | | dbrowne@tillotsonlaw.com | 8/20/2025 2:50:52 PM | SENT |